STEVEN BAUER
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Andrew Blaxon

                   IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )  No. CR-S 11-201 GEB
                                 )        CR-S 08-539 GEB
                  Plaintiff,     )
                                 )
      v.                         )  STIPULATION AND ORDER VACATING
                                 )  DATE, CONTINUING CASE, AND
                                 )  EXCLUDING TIME
ANDREW BLAXON                    )
                  Defendants.    )
                                 )  Date    March 23, 2012
_____ )  Time:   9:00 a.m.
                                    Judge:  Hon. Burrell


     **IT IS HEREBY STIPULATED** by and between Assistant United States

Attorney William Wong, Counsel for Plaintiff, and Attorney Steven

Bauer, Counsel for Defendant Andrew Blaxon that the status conference

scheduled for February 10, 2012, be vacated and the matter be continued

to this Court's criminal calendar on March 23, 2012,at 9:00 a.m. for

further status.

     This continuance is requested by the defense in order to permit

counsel to continue in negotiations with the prosecution in attempt to

reach a resolution.  Both parties have asked that a Pre-plea report be

prepared by the probation department in order to assist with reaching

1    an acceptable resolution in both cases.  The Probation department has

2    not had sufficient time to complete the report but expects that the

3    report will be completed by the next court date.  The Defense will need

4    time to review the report once it is complete and engage in further

5    negotiations with the Prosecution.

6         **IT IS FURTHER STIPULATED** that time for trial under the Speedy

7    Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

8    3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

9    ends of justice served in granting the continuance and allowing the

10   defendant further time to prepare outweigh the best interests of the

11   public and the defendant in a speedy trial.

12        The Court is advised that all counsel have conferred about this

13   request, that they have agreed to the March 23, 2012 date, and that all

14   counsel have authorized Ms. Santos to sign this stipulation on their

15   behalf.

16

17

18        **IT IS SO STIPULATED.**

19

20   Dated: Feb. 8, 2012              /S/ Dina L. Santos for
                                      STEVEN BAUER
21                                    Attorney for
                                      ANDREW BLAXON
22

23

24   Dated: Feb. 8, 2012              /S/ William Wong
                                      WILLIAM WONG
25                                    Assistant United States Attorney
                                      Attorney for Plaintiff
26

27

28

1

**O R D E R**

2

   **IT IS SO ORDERED.**

3

Dated:   February 8, 2012

4

5

_____
GARLAND E. BURRELL, JR.
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28