1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )  CASE NOs. 2:11-CR-201 GEB
                               )            2:08-CR-539 GEB
12              Plaintiff,     )
                               )  STIPULATION AND [PROPOSED]
13 v.                          )  CONTINUING STATUS CONFERENCE
                               )
14 ANDREW BLAXON,              )  DATE: March 23, 2012
                               )  TIME: 9:00 a.m.
15              Defendant.     )  JUDGE: Hon. Garland E. Burrell,
                               )         Jr.
16                             )

17 ─────────────────────────────

18      It is hereby stipulated and agreed to between the United States
19 of America, through William S. Wong, Assistant U.S. Attorney, and
20 defendant, Andrew Blaxon, by and through his counsel,
21 Dina Santos, Esq., that the status conference set for Friday,
22 March 23, 2012, be continued to Friday, April 6, 2012, at 9:00 a.m.
23      The reason for this continuance is to allow defense counsel
24 additional time to review the pre-plea presentence report with the
25 defendant.  Defense counsel was recently assigned to this case and
26 has been in a state trial and therefore unable to review the matter
27 with her client.
28 ///

1

1  The time period, from the date of this order through the date of
2 the status conference to be set for April 6, 2012, is to be excluded
3 from the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)
4 [reasonable time to prepare] and Local Code T4.

5 DATED: March 22, 2012                    Respectfully submitted,

6                                          BENJAMIN B. WAGNER
                                           United States Attorney
7
8                                    By:   /s/ William S. Wong
                                           WILLIAM S. WONG
9                                          Assistant U.S. Attorney

10
11 DATED: March 22, 2012

12                                         /s/ William S. Wong for
                                           DINA SANTOS, Esq.
13                                         Counsel for Defendant
                                           ANDREW BLAXON
14
15

16                                **ORDER**

17

18  **IT IS SO ORDERED.**  The time period is excluded from today's date
19 through and including April 6, 2012, from the Speedy Trial Clock
20 pursuant to 18 U.S.C. § 3161(h)(i)(B)(iv) [reasonable time to
21 prepare] and Local Code T4.  The Court finds that the ends of justice
22 to be served by granting a continuance as requested outweigh the best
23 interest of the public and the defendant in a speedy trial.

24 Dated:  March 26, 2012
25
26                                   _____
                                     GARLAND E. BURRELL, JR.
27                                   United States District Judge
28