Dina L. Santos
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Andrew Blaxon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 11-201 GEB |
| | ) | CR-S 08-539 GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER VACATING |
| | ) | DATE, CONTINUING CASE, AND |
| | ) | EXCLUDING TIME |
| ANDREW BLAXON | ) | |
| Defendants. | ) | |
| | ) | Date   August 10, 2012 |
| _____ | ) | Time:   9:00 a.m. |
| | | Judge: Hon. Burrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William Wong, Counsel for Plaintiff, and Attorney Dina Santos, Counsel for Defendant Andrew Blaxon that the trial confirmation conference scheduled for August 3, 2012, be vacated and the matter be continued to this Court's criminal calendar on August 10, 2012,at 9:00 a.m. for change of plea or trial confirmation.

This continuance is requested by both parties in order to permit counsel to continue in negotiations.  Assistant United States Attorney, William Wong is currently in trial and is presently unable to finalize the plea agreement and negotiations that both parties anticipate will

1  resolve the case.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
4  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
5  ends of justice served in granting the continuance and allowing the
6  defendant further time to prepare outweigh the best interests of the
7  public and the defendant in a speedy trial.

8  The Court is advised that all counsel have conferred about this
9  request, that they have agreed to the August 10, 2012 date, and that
10 all counsel have authorized Ms. Santos to sign this stipulation on
11 their behalf.

14 **IT IS SO STIPULATED**.

16 Dated: July 31, 2012              /S/ Dina L. Santos
                                     DINA L. SANTOS
17                                   Attorney for
                                     ANDREW BLAXON

19
20 Dated: July 31, 2012              /S/ William Wong
                                     WILLIAM WONG
                                     Assistant United States Attorney
21                                   Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: August 2, 2012

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```